IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY GENO MARTINSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 124-234 |
| LIEUTENANT WILSON; CAPTAIN SHERMAN; and MAJOR ASKEW, | ) |
| Defendants. | ) |

**O R D E R**

On January 3, 2025, the Court recommended Plaintiff's request to proceed IFP be denied, and this action be dismissed without prejudice. (See doc. no. 3.) On January 13, 2025, the Clerk of Court docketed a notice of change of address in which Plaintiff states he is no longer located at the Columbia County Detention Center, where the Court's January 3rd Report and Recommendation and Order had been served, and is instead located at the Charles B. Webster Detention Center. (Doc. no. 5.) Accordingly, the Court **DIRECTS** the **CLERK** to re-serve the January 3rd Report and Recommendation and Order, (doc. nos. 3-4), on Plaintiff at his new address. This Order shall too be included in the same envelope. The Court extends the deadline for objecting to the Report and Recommendation until January 31, 2025.

SO ORDERED this 14th day of January, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA