AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY GENO MARTINSON,

Plaintiff,

v.

LIEUTENANT WILSON, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV124-234

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 12, 2025, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Plaintiff complaint is dismissed without prejudice. This case stands closed.

2/12/25
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020